No. 255, Misc.   MORRIS v. CUNNINGHAM, PENITEN-
TIARY SUPERINTENDENT.   Supreme Court of Appeals of
Virginia.   Certiorari denied.

No. 258, Misc.   AARONS v. WASHINGTON SHERATON
CORP. ET AL.   United States Court of Appeals for the Dis-
trict of Columbia Circuit.   Certiorari denied.

No. 259, Misc.   BLACK v. MOORE, WARDEN.   C. A. 5th
Cir.   Certiorari denied.

No. 260, Misc.   WARD v. TEXAS.   Court of Criminal
Appeals of Texas.   Certiorari denied.

No. 261, Misc.   TYLER v. BURKE, WARDEN.   Supreme
Court of Wisconsin.   Certiorari denied.

No. 263, Misc.   TEAMOH v. NEW JERSEY.   Supreme
Court of New Jersey.   Certiorari denied.

No. 265, Misc.   DOYON v. MAINE.   Supreme Judicial
Court of Maine.   Certiorari denied.   Petitioner *pro se.*
*Frank E. Hancock,* Attorney General of Maine, and *Rich-
ard A. Foley,* Assistant Attorney General, for respondent.

No. 267, Misc.   MEYES v. CALIFORNIA.   Supreme Court
of California.   Certiorari denied.

No. 270, Misc.   CASE v. NEW YORK.   Court of Appeals
of New York.   Certiorari denied.

No. 278, Misc.   NORMAN v. ILLINOIS.   Supreme Court
of Illinois.   Certiorari denied.